# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0710. ERICA L. CAIN v. JOEL FONTENOT.

Erica L. Cain and Joel Fontenot have a minor child, and custody of that child was determined by a Colorado court. After moving to Georgia, Cain filed a petition in superior court to register the custody matter in Georgia and to have custody modified. On August 19, 2024, the superior court entered an order concluding that Georgia was the home state of the couple's minor child, but denying Cain's request for a modification of custody. Cain filed a notice of appeal from this ruling on Thursday, September 19, 2024. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of an appealable order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Because Cain filed her notice of appeal 31 days after the order she seeks to appeal, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/27/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*